**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| FICHTER DESIGNS, LLC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-12-3073 |
| | § | |
| LUVERNE TRUCK EQUIPMENT, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

In accordance with the plaintiff's notice of dismissal, (Docket Entry No. 4), this

action is dismissed without prejudice.

SIGNED on November 15, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge